583 A.2d 305

STATE OF NEW JERSEY v. ANTHONY SMITH.

January 17, 1990.

Petition for certification denied.

583 A.2d 305

STATE OF NEW JERSEY v. TYRONE ARTHUR.

January 17, 1990.

Petition for certification denied.

583 A.2d 305

STATE OF NEW JERSEY v. IRA BAUER.

January 17, 1990.

Petition for certification denied.

583 A.2d 305

STATE OF NEW JERSEY v. ROBERT VALTZ.

January 17, 1990.

Petition for certification denied.

583 A.2d 305

STATE OF NEW JERSEY v. WILLIAM ROMAN.

January 17, 1990.

Petition for certification denied.